UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOE HAND PROMOTIONS, INC.,　　　　　　　　　　　　　　　JUDGMENT
As Broadcast Licensee of the December 11, 2004　　　　　　06-CV- 3381 (SLT)
Klitschko/Williams Program,

        Plaintiff,

 -against-

FATIMA ESTIEN, Individually and d/b/a
CASA DE CAMPO RESTAURANT, and
CASA DE CAMPO RESTAURANT,

        Defendants.
-----------------------------------------------------------------X

  A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on December 27, 2007, granting plaintiff's motion for a default judgment; and directing the Clerk of Court to enter judgment against defendants Fatima Estien, Individually and d/b/a Casa De Campo Restaurant, and Casa De Campo Restaurant; awarding plaintiff $1,050.00 in statutory damages pursuant to § 605(e)(3)(C)(i)(II); $10,000.00 in enhanced damages pursuant to § 605(e)(3)(C)(ii); and $1,071.25 in attorney's fees and costs; and ordering that defendants are jointly and severally liable to plaintiff for a total judgment of $12,121.15; it is

  ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff, Joe Hand Promotions, Inc., As Broadcast Licensee of the December 11, 2004 Klitschko/Williams Program, and against defendants, Fatima Estien, Invididually and d/b/a Casa De Campo Restaurant, and Casa De Campo Restaurant, jointly and severally; and that plaintiff is awarded $1,050.00 in statutory damages pursuant to § 605(e)(3)(C)(i)(II); $10,000.00 in enhanced damages pursuant to § 605(e)(3)(C)(ii); and $1,071.25 in attorney's fees and costs, for a total judgment of $12,121.25.

Dated: Brooklyn, New York
   December 28, 2007

                  s/ RCH
                  ROBERT C. HEINEMANN
                  Clerk of Court